PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
Nov 08, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRMA OLGUIN, JR.<br>AND JAKE SOBERAL,<br><br>Defendants. | CASE NO. 1:23-mj-00136-SKO<br><br>ORDER TO SEAL CASE<br><br>**Filed Under Seal** |

Upon application of the United States and good cause having been shown, the criminal complaint, arrest warrant, and all other documents filed in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED

Dated: 11/8/2023

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Judge