PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO |
| Plaintiff, | MOTION TO UNSEAL CASE |
| v. | |
| IRMA OLGUIN, JR., and JAKE SOBERAL | |
| Defendants. | |

The government moves the Court to unseal the Complaint and all other filings in this case. The defendants and their attorneys have been informed of the Complaint and arrest warrants, and the defendants are in the process of self-surrendering to authorities. The defendants will make their initial appearances in Court this afternoon. Therefore, the case should be unsealed to advise the defendants of the charges against them.

Dated: November 9, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| IRMA OLGUIN, JR., and JAKE SOBERAL | |
| Defendants. | |

Good cause appearing due to the defendants' pending initial appearances in this case, it is ordered that the Complaint and other filings in the case be UNSEALED.

IT IS SO ORDERED.

DATED: November 9, 2023

_____
Honorable Sheila K. Oberto
United States Magistrate Judge