1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   HENRY Z. CARBAJAL III
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO
12 |                            Plaintiff, | **STIPULATION TO CONTINUE PROPERTY BOND REVIEW HEARING**
13 |          v. |
14 | IRMA OLGUIN, JR. and JAKE SOBERAL |
15 |                            Defendants. |

18     The United States of America, by and through its counsel of record, and defendants, by and
19 through their counsel of record, hereby stipulate as follows:
20     1.   On November 9, 2023, the Court set a Property Bond Review Hearing for defendants
21 Soberal and Olguin, Jr. for December 8, 2023, 2:00 p.m. before Magistrate Judge McAuliffe.
22     2.   Counsel for defense has requested a short extension of time to gather remaining
23 information and documentation to complete the property bond packages and submit them to the Court
24 and government for review.
25     3.   The parties agree that a continuance of the Property Bond Review Hearing to December
26 15, 2023, at 2:00 p.m. will afford the parties adequate time to complete and evaluate the bond packages,
27 thereby potentially obviating the need for a review hearing.
28

                                                   1

4. The parties therefore request that the Court continue the Property Bond Review Hearing to December 15, 2023, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: December 6, 2023

    */s/ Daniel Olmos*
    Daniel Olmos
    Counsel for Irma Olguin, Jr.

DATED: December 6, 2023

    */s/ Eric MacMichael*
    Eric MacMichael
    Counsel for Jake Soberal

DATED: December 6, 2023

    */s/ Henry Z. Carbajal III*
    Joseph Barton
    Henry Carbajal III
    Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>IRMA OLGUIN, JR.<br>and JAKE SOBERAL<br><br>                      Defendants. | CASE NO. 1:23-MJ-00136-SKO<br><br>**ORDER DENYING CONTINUING PROPERTY BOND REVIEW HEARING** |

The request for a continuance is DENIED. The parties shall appear December 8, 2023, 2:00 p.m. in Department 8 and explain the status of the property bond and what remains to be completed.

IT IS SO ORDERED.

Dated:   **December 6, 2023**            /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

3