PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| IRMA OLGUIN, JR., and JAKE SOBERAL | |
| Defendants. | |

The parties stipulate as follows:

1. The complaint was issued in this case on November 8, 2023, and the defendants made their initial appearances the following day. The preliminary hearing was scheduled for January 25, 2024, with an appropriate time exclusion, so that defense counsel could review discovery and consider a pre-indictment resolution of the case.

2. The government has produced initial discovery to defense counsel. The initial discovery contains over 850,000 pages of records, including financial records.

3. The parties now agree to further continue the preliminary hearing until April 4, 2024. The parties also agree that good cause exists for the continuance because the extension is required to allow defense counsel reasonable time to complete their review of the discovery, prepare for any

1

litigation, and fully consider a pre-indictment resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from January 25, 2024, through April 4, 2024, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: January 8, 2024                     PHILLIP A. TALBERT
                                           United States Attorney

                                           */s/ Joseph Barton*
                                           Joseph Barton
                                           Henry Carbajal III
                                           Assistant United States Attorneys


Dated: January 8, 2024                     */s/ Daniel Olmos*
                                           Daniel Olmos
                                           Counsel for Irma Olguin, Jr.


Dated: January 8, 2024                     */s/ Eric MacMichael*
                                           Eric MacMichael
                                           Counsel for Jake Soberal

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRMA OLGUIN, JR.,<br>and JAKE SOBERAL<br><br>Defendants. | CASE NO. 1:23-MJ-00136-SKO<br><br>ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

The Court has read and considered the parties' stipulation to further continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow defense counsel reasonable time to complete their review of the discovery, prepare for any litigation, and fully consider a pre-indictment resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendants in a speedy trial.

Therefore, for good cause shown:

1. The preliminary hearing is continued from January 25, 2024, until April 4, 2024, at 2:00 p.m., and the defendant shall appear at that time before the Fresno duty magistrate judge; and

3

2. The period from January 25, 2024, through April 4, 2024, shall be excluded pursuant to Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **January 9, 2024**

UNITED STATES MAGISTRATE JUDGE