PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| IRMA OLGUIN, JR., and JAKE SOBERAL | |
| Defendants. | |

The parties stipulate as follows:

1. The complaint was issued in this case on November 8, 2023, and the defendants made their initial appearances the following day. The preliminary hearing was scheduled for January 25, 2024, was then continued until April 4, 2024, and was then continued to May 16, 2024, with appropriate time exclusions, so that defense counsel could review discovery and consider a pre-indictment resolution of the case.

2. The government has produced initial discovery to defense counsel. The discovery is over one million pages, and it includes detailed financial records, text messages, emails, and other correspondence, and interview reports. The parties have met and conferred on several occasions regarding the evidence in the case and the terms of potential plea agreements.

1

3. The parties now agree to further continue the preliminary hearing until July 18, 2024. In the interim, the parties anticipate finalizing and filing plea and charging documents and requesting a change of plea hearing before a United States District Judge.

4. The parties agree that good cause exists for the continuance because the extension is required to allow defense counsel reasonable time to continue their review of the discovery, and for the parties to finalize a pre-indictment resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from May 16, 2024, through July 18, 2024, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: May 7, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Henry Carbajal III*
Joseph Barton
Henry Carbajal III
Assistant United States Attorneys

Dated: May 7, 2024

*/s/ Daniel Olmos*
Daniel Olmos
Counsel for Irma Olguin, Jr.

Dated: May 7, 2024

*/s/ Eric MacMichael*
Eric MacMichael
Counsel for Jake Soberal

2

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00136-SKO |
| Plaintiff, | ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| IRMA OLGUIN, JR., and JAKE SOBERAL | |
| Defendants. | |

    The Court has read and considered the parties' stipulation to further continue the preliminary hearing in this case and exclude time.  The Court finds there is good cause for the continuance so as to allow defense counsel reasonable time to continue their review of the discovery, and for the parties to finalize a pre-indictment resolution of the case.  The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendants in a speedy trial.  Therefore, for good cause shown:

1. The preliminary hearing is continued from May 16, 2024, until July 18, 2024, at 2:00 p.m., and the defendants shall appear at that time before the Fresno duty magistrate judge; and
2. The period from May 16, 2024, through July 18, 2024, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

3. NO FURTHER CONTINUNACES WILL BE GRANTED.

IT IS SO ORDERED.

Dated: __**May 8, 2024**__

UNITED STATES MAGISTRATE JUDGE